# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Ralph Edwards, Inger Bautista and Robert Burcina, as representatives of a class of similarly situated persons, and on behalf of the Nationwide Savings Plan,<br><br>                     Plaintiffs,<br>v.<br><br>Nationwide Mutual Insurance Company, the Benefits Investment Committee of the Nationwide Savings Plan, and John Does 1-200,<br><br>                     Defendants. | Case No. 2:20-cv-01525-JLG-CMV<br><br>Judge James L. Graham<br><br>Magistrate Judge Chelsey M. Vascura |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants in the above-captioned matter hereby stipulate to dismissal of Plaintiffs' claims in this matter without prejudice.[1] Plaintiffs and Defendants each shall bear their own costs, expenses, disbursements, and attorneys' fees.

| | |
|---|---|
| Dated: June 11, 2020 | **NICHOLS KASTER PLLP**<br>By: /s/ Kai H. Richter<br>NICHOLS KASTER, PLLP<br>Paul J. Lukas, MN Bar No. 22084X *<br>Kai H. Richter, MN Bar No. 0296545*<br>Brock J. Specht, MN Bar No. 0388343*<br>Christopher Theophillus Smith, MN Bar No. 0401091*<br>* admitted pro hac vice<br>4600 IDS Center 80 S 8th Street<br>Minneapolis, MN 55402<br>Telephone: 612-256-3200 |

---

[1] This stipulation does not apply to the separate matter captioned *Sweeney et al. v. Nationwide Mutual Ins. Co. et al.*, No. 2:20-cv-01569-JLG-EPD (S.D. Ohio). In light of the voluntary dismissal of the above-captioned *Edwards* action, the *Edwards* and *Sweeney* matters will not be consolidated and *Sweeney* will proceed on its own docket.

        Fax: 612-338-4878
        lukas@nka.com
        krichter@nka.com
        bspecht@nka.com
        tsmith@nka.com
        bspecht@nka.com
        bmcdonough@nka.com

**BARKAN MEIZLISH DEROSE**
**WENTZ MCINERNEY PEIFER, LLP**
Robert E. DeRose (OH #0055214)
Sanford A. Meizlish (OH #0002620)
250 E. Broad Street, 10 Floor
Columbus, OH 43215
Telephone: (614) 221-4221
Facsimile: (614) 744-2300
bderose@barkanmeislish.com
smeizlish@barkanmeizlish.com

*Counsel for Plaintiffs*

Dated:  June 11, 2020        **JONES DAY**
/s/ Evan Miller
Evan Miller (admitted *pro hac vice*)
Miguel Eaton (admitted *pro hac vice*)
51 Louisiana Avenue N.W.
Washington, DC 20001
Telephone: (202) 879-3939
Email: emiller@jonesday.com
Email: meaton@jonesday.com

Dustin M. Koenig (Ohio Bar #0092426)
   *Trial Attorney*
Jordan M. Baumann (Ohio Bar #0093844)
Harold F. Baker (Ohio Bar #0097421)
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215
Telephone: (614) 469-3939
Email: dkoenig@jonesday.com
Email: jbaumann@jonesday.com
Email: hbaker@jonesday.com

*Counsel for Defendants Nationwide Mutual*
*Insurance Company and Benefits*
*Investment Committee of the Nationwide*
*Savings Plan*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies on this 11th day of June, 2020, that the undersigned electronically filed and served the foregoing document through this Court's ECF system.

                                         /s/ Kai H. Richter
                                         Kai H. Richter